Document    Page 1 of 3

Brent D. Wride (5163)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT  84145-0385
Telephone: 801-532-1500
Facsimile:  801-532-7543
Email:  bwride@rqn.com

*Proposed Attorneys for Trustee*
*Attorneys for Aquila, Inc.*

---

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>C. W. MINING COMPANY, dba Co-Op Mining Company,<br><br>Debtor. | Bankruptcy Case No. 08-20105 RKM<br>(Chapter 11)<br><br>**STATEMENT OF ELECTION TO HAVE APPEAL HEARD IN DISTRICT COURT**<br><br>Miscellaneous Adversary Proceeding No. 11-08001 |
| GARY E. JUBBER, Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>DEFENDANTS RE HIAWATHA COAL PROCEEDS,<br><br>Defendants. | Hon. R. Kimball Mosier<br><br>(Electronically Filed) |

Gary E. Jubber and Aquila, Inc. hereby elect to have their appeal of the final order[1]

---

[1] Order Denying Trustee's Motion for Partial Summary Judgment, Granting Defendants' Cross-Motion for Summary Judgment, and Dismissing Defendants' Rule 56(d) Motion as Moot [Docket No. 216].

entered in this adversary proceeding on June 20, 2014, heard by the United States District Court for the District of Utah.

Dated this 7th day of July, 2014.

                                        RAY QUINNEY & NEBEKER P.C.

                                        /s/ Brent D. Wride
                                        Brent D. Wride
                                        *Proposed Attorneys for Chapter 11*
                                               *Trustee*
                                        *Attorneys for Aquila, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **STATEMENT OF ELECTION TO HAVE APPEAL HEARD IN DISTRICT COURT** was electronically filed with the Clerk of the Court using the CM/ECF system on July 7, 2014, and therefore electronic notification was sent to all parties whose names appear on the electronic mail notification list for the Court.

                                                                              /s/ Patricia Brown

1290165